1 Cara R. Burns (State Bar No. 137557)
cburns@hmkblawyers.com
2 HICKS, MIMS, KAPLAN & BURNS
3 3250 Ocean Park Blvd, Ste 350
Santa Monica, California 90405
4 Telephone: (310) 314-1721
5 Facsimile: (310) 314-1725
6
Attorneys for Plaintiff,
7 LIVE NATION MERCHANDISE, INC.

8

9         UNITED STATES DISTRICT COURT
10         CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12 LIVE NATION MERCHANDISE, INC., | Case No. CV12-3527-RGK (AGRx) |
| 13     Plaintiff, | EX PARTE APPLICATION FOR: A TEMPORARY RESTRAINING ORDER; SEIZURE ORDER; AND AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND SEIZURE ORDER SHOULD NOT ISSUE |
| 14     v. | |
| 15 JOHN DOES 1-5, JANE DOES 1-4 AND XYZ COMPANY, | |
| 16     Defendants. | |

19     Plaintiff Live Nation Merchandise, Inc. ("Plaintiff") herein applies to this Court,
20 ex parte, pursuant to Local Rule 7-19 et.seq., Federal Rules of Civil Procedure, Rule 65
21 and the Lanham Act 15 U.S.C. § 1051 et. seq. for: a Temporary Restraining Order and
22 Seizure Order; and an Order to Show Cause Regarding Why a Preliminary Injunction
23 and Seizure Order Should Not Issue in the form of the [proposed] Order lodged
24 herewith.
25 ///
26 ///
27 ///
28 ///

This application is based upon the accompanying Memorandum of Points and Authorities, Complaint, Declaration of Peter Weber and the Certificate of Counsel, and all pleadings and prior proceedings heretofore had herein.

Dated: April 24, 2012

Respectfully Submitted,
LIVE NATION MERCHANDISE, INC.
By Its Attorneys

/s/ Cara R. Burns
Cara R. Burns, Esq. (Cal. Bar # 137557)
Hicks, Mims, Kaplan & Burns
3250 Ocean Park Blvd, Suite 350
Santa Monica, California 90405
Tel: (310) 314-1721; Fax: (310) 314-1725